UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 AUG 15 PM 3: 10

CLERK

BY _____
         DEPUTY CLERK

Thirteen Electronic Devices in the Possession
of United States Border Patrol in Vermont

Case No.
2:23-mj-100

## ADDENDUM TO SEARCH WARRANT

Upon consideration of the Application for a Search Warrant, Attachments A and B, and the attached Affidavit, the undersigned authorized the issuance of a warrant to search the electronic devices referenced above and in Attachment A after finding probable cause to believe that the devices contain evidence of the offense listed on the Application for a Search Warrant.

To the extent that *United States v. Smith*, 967 F.3d 198 (2d Cir. 2020) may be relevant to the items referenced in Paragraph (a) of Attachment A of this Application for a Search Warrant, the undersigned has determined that the matter is more appropriately considered by the presiding District Judge in the event of a federal prosecution.

Dated at Burlington, in the District of Vermont, this 15th day of August 2023.

/s/ Kevin J. Doyle
Kevin J. Doyle
United States Magistrate Judge